UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHLEEN GLASSNER,   CASE NO. 4:21-cv-00195-AW-MAF

    Plaintiff,

v.

MERCK SHARP & DOHME CORP.,

    Defendant.
_____/

## MEDIATION REPORT

The undersigned mediator in the above-styled case reports to the Court:

1. A mediation conference was held on September 27, 2021.

2. The mediation ended as follows: Agreement.

Respectfully submitted this 30th day of September, 2021.

**THE KULLMAN FIRM**

/s/ *R. Scott Callen*
**R. SCOTT CALLEN, Mediator**
Florida Mediator No. 10201R
Florida Bar No. 0146242
Email: sc@kullmanlaw.com
2915 Kerry Forest Parkway, Suite 101
Tallahassee, Florida  32309
Ph.:     (850) 296-1953
Secondary email: cbf@kullmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to all parties registered in this case on the CM/ECF filing system/Florida Courts E-Filing Portal system this 30th day of September, 2021.

/s/ *R. Scott Callen*
**R. SCOTT CALLEN**