## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**KATHLEEN GLASSNER,**

    **Plaintiff,**

**v.**                                                    **Case No. 4:21-cv-195-AW-MAF**

**MERCK SHARP & DOHME CORP.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Based on the mediator's notice (ECF No. 18) and the court's earlier order (ECF No. 19), to which there has been no response, the case is now dismissed. The clerk will enter a judgment that says, "Based on the parties' settlement, the case is dismissed." The clerk will then close the file.

SO ORDERED on October 28, 2021.

s/ *Allen Winsor*
United States District Judge