IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHLEEN GLASSNER,
    Plaintiff,

v.                                          CASE NO. **4:21-cv-195-AW-MAF**

MERCK SHARP & DOHME CORP.,
    Defendant.

_____/

JUDGMENT

Based on the parties' settlement, the case is dismissed.

                                                      JESSICA J LYUBLANOVITS,
                                                      CLERK OF COURT

October 28, 2021                      s/KELLI MALU
DATE                                        DEPUTY CLERK